AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Daniel Gehringer

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV412-77

St. Joseph's/Candler Health System, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 20, 2013, judgment is herby entered granting defendant's Motion for Summary Judgment. This action stands stands closed.

March 20, 2012
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03