AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Daniel Gehringer

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV412-77

St. Joseph's/Candler Health System, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 20, 2013, judgment is herby entered granting defendant's Motion for Summary Judgment. This action stands stands closed.

| March 20, 2012 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | |
| | (By) Deputy Clerk |

GAS Rev 10/1/03